PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DONALD REEVES, | ) | |
| Petitioner, | ) | CASE NO. 1:16CV282 |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MICHELE MILLER, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

Petitioner Donald Reeves filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), alleging nine (9) grounds for relief which challenge the constitutionality of his conviction and sentence in the Cuyahoga County Court of Common Pleas Case No. CR-13-571787. A Cuyahoga County Grand Jury indicted Petitioner on two counts of rape, including sexually-violent predator specifications; three counts of felonious assault; two counts of compelling prostitution; six counts of kidnapping, including sexual motivation specifications; two counts of trafficking in persons, two counts of corrupting another with drugs; two counts of intimidation of a crime victim or witness; and one count of possessing criminal tools, including forfeiture of a cell phone in a drug case, forfeiture of a gun in a drug case, and forfeiture of property specifications. The State amended one count of felonious assault to attempted felonious assault and one count of corrupting another with drugs to attempted corrupting another with drugs. Petitioner pled not guilty. Petitioner later withdrew his guilty plea and entered a guilty plea to one count of attempted felonious assault, one count of corrupting

(1:16CV282)

attempted corrupting another with drugs, one count of felonious assault, and one count of compelling prostitution.  The remaining counts were nolled.  The trial court sentenced Petitioner to an aggregate sentence of seventeen years.  The case was referred to Magistrate Judge James R. Knepp for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2).  On April 6, 2018, the magistrate judge issued a Report and Recommendation (ECF No. 7).  In his report, the magistrate judge recommends that the Court deny the habeas petition on the following grounds: (1) Grounds Two through Nine are procedurally defaulted; (2) Ground One fails on the merits; and (3) Petitioner's Motion for Leave to Amend is futile.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Objections to the Report were, therefore, due on April 24, 2018.[1]  But, neither party has timely filed any such objections.  Therefore, the Court must assume that the parties are satisfied with the magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted.  Donald Reeves's Petition for a Writ of Habeas Corpus will be dismissed.

---

[1]Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served a copy of the Report by mail.  *See Thompson v. Chandler*, 36 F. App'x. 783, 784 (6th Cir. 2002).

(1:16CV282)

The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| | |
|---|---|
| June 21, 2018 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |